FANNIE R. TAYLOR, Appellant, *v.* ANGLO-SWISS CONDENSED MILK COMPANY OF CHAM, SWITZERLAND, Respondent.

*Taylor* v. *Anglo-Swiss Condensed Milk Co.*, 53 App. Div. 640, appeal dismissed.

(Submitted November 26, 1900; decided December 4, 1900.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department entered July 25, 1900, affirming an order of Special Term denying a motion to vacate an order directing the plaintiff to appear before a person named for personal and physical examination.

The motion was made upon the grounds that the order from which the appeal is taken is not appealable to the Court of Appeals.

*Vanamee & Vail* for motion.

*Thomas Watts* opposed.

Motion granted and appeal dismissed, with costs.

---

JAMES D. CONKLIN, Respondent, *v.* JOHN H. WOODBURY DERMATOLOGICAL INSTITUTE, Appellant.

Reported below, 51 App. Div. 638.

(Submitted November 26, 1900; decided December 4, 1900.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 22, 1900, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

The motion was made upon the grounds that the action is not appealable to the Court of Appeals under sections 190 and 191 of the Code of Civil Procedure, that no question of law is involved, that the findings of fact and verdict were unanimously affirmed by the Appellate Division and an appeal has not been allowed by the Appellate Division or by a judge of this court.

*Putney & Bishop* for motion.

*Benjamin Patterson* opposed.

Motion denied, with ten dollars costs.